FILED
APR 23 2008
RICHARD W. WYKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name __ALFARO__   __MIGUEL__   __A__
         (Last)         (First)        (Initial)

Prisoner Number __F-17175__

Institutional Address __SALINAS VALLEY STATE PRISON FAC A4 III-U__
__P.O BOX 1050 SOLEDAD, CA 93960 1050__

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 08  2114  SI

__MIGUEL ANGEL ALFARO__
Full Name of Petitioner

vs.

__M.S. EVANS, WARDEN__   PETITION FOR A WRIT OF HABEAS CORPUS
Name of Respondent
(Warden or jailor)

Case No.(To be provided by the clerk of court)

E-filing  (PR)

================================================================

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your

1

petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

Who to Name as Respondent

You must name the person in whose actual custody you are. This usually means the Warden or jailor. Do not name the State of California, a city, a county or the superior court of the county in which you are imprisoned or by whom you were convicted and sentenced. These are not proper respondents.

If you are not presently in custody pursuant to the state judgment against which you seek relief but may be subject to such custody in the future (e.g., detainers), you must name the person in whose custody you are now and the Attorney General of the state in which the judgment you seek to attack was entered.

A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

1. What sentence are you challenging in this petition?

(a) Name and location of court that imposed sentence (for example; Alameda County Superior Court, Oakland):

SUPERIOR COURT OF CALIFORNIA     SAN MATEO COUNTY
Court                             Location

(b) Case number, if known  SC 059091 A
(c) Date and terms of sentence  MARCH 3, 2006  10 YEARS 4 MONTHS
(d) Are you now in custody serving this term? (Custody means being in jail, on parole or probation, etc.) Yes X  No __

Where? SALINAS VALLEY STATE PRISON FAC A4 111-J P.O BOX 1050 SOLEDAD, CA 93960-1050
(Name of Institution)    (Address)

2. For what crime were you given this sentence? (If your petition challenges a sentence for more than one crime, list each crime separately using Penal Code numbers if known. If you are challenging more than one sentence, you should file a different petition for each sentence.)

TERRORIST THREATS PENAL CODE # 422

FIRST DEGREE BURGLARY PENAL CODE # 460(A)

3. Did you have any of the following?

Arraignment: Yes X No __   Preliminary Hearing: Yes X No __   Motion to Suppress: Yes __ No X

3

4. How did you plead?

Guilty _____ Not Guilty _____ Nolo Contendere ✗

Any other plea (specify) __NO OTHER PLEA__

5. If you went to trial, what kind of trial did you have?

Jury _____ Judge alone ✗ Judge alone on a transcript _____

6. Did you testify at your trial? Yes ___ No ✗

7. Did you have an attorney at the following proceedings:

(a) Arraignment Yes ✗ No ___
(b) Preliminary hearing Yes ✗ No ___
(c) Time of plea Yes ✗ No ___
(d) Trial Yes ___ No ✗
(e) Sentencing Yes ___ No ___
(f) Appeal Yes ✗ No ___
(g) Other post-conviction proceeding Yes ✗ No ___

8. Did you appeal your conviction? Yes ✗ No ___

(a) If you did, to what court(s) did you appeal?

Court of Appeal Yes ✗ No ___ __2006__  __DENIED__
                                (Year)        (Result)

Supreme Court of
California        Yes ✗ No ___ __2007__  __DENIED__
                                (Year)        (Result)

Any other court   Yes ___ No ✗  _____  _____
                                (Year)        (Result)

(b) If you appealed, were the grounds the same as those that you are raising in this petition? Yes ___ No ✗

(c) Was there an opinion? Yes ✗ No ___

(d) Did you seek permission to file a late appeal under Rule 31(a)?
Yes ___ No ✗

4

If you did, give the name of the court and the result:

_NO LATE APPEAL_

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?   Yes ___   No ✗

Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. § 2244(b).

(a) If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

I. Name of Court **NO COURT**

Type of Proceeding **NO PROCEEDING**

Grounds raised (Be brief but specific):

a. **NO GROUNDS RAISED**

b.

c.

d.

Result **NO RESULT**    Date of Result **NO DATE**

II. Name of Court **NO COURT**

Type of Proceeding **NO PROCEEDING**

Grounds raised (Be brief but specific):

a. **NO GROUNDS RAISED**

b.

c.

d.

Result **NO RESULT**    Date of Result **NO DATE**

III. Name of Court **NO COURT**

Type of Proceeding **NO PROCEEDING**

Grounds raised (Be brief but specific):

a. **NO GROUNDS RAISED**

b.

c.

d.

Result **NO RESULT**    Date of Result **NO DATE**

(b) Is any petition, appeal or other post-conviction proceeding now pending in any court?   Yes __ No **X**

(Name and location of court)

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you need more space. Answer the same questions for each claim.

Note: You must present ALL your claims in your first federal habeas petition. Subsequent petitions may be dismissed without review on the merits. 28 U.S.C. § 2244(b); McCleskey v. Zant, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

Claim One: **INEFFECTIVE COUNSEL**

Supporting Facts: BOTH ATTORNEYS FAILED TO ACT IN A MANNER TO BE EXPECTED. THE DEFENDANT WOULD HAVE A MORE FAVORABLE RESULT IF THE ATTORNEYS USED ALL THE RESOURSES AVAILABLE. ATTORNEYS WERE NOT DILIGENT ADVOCATES.

Claim Two: "ENHANCEMENTS".

Supporting Facts: PETITIONER HAS REMAINED FREE OF ANY FELONEY CONVICTIONS OR ACT'S THAT WOULD RESULT IN A FELONEY CONVICTION SINCE 1986, A PERIOD OF TWENTY ONE YEAR'S.

Claim Three: UNLAWFUL IMPRISONMENT. FOR A PERIOD OF FIVE YEAR'S, BECAUSE OF ENHANCEMENT.

Supporting Facts: PETITIONER WAS SENTENCED TO A FIVE YEAR TERM FOR ENHANCEMENT. THESE TERMS DO NOT APPLY. PETITIONER MAKES THIS CLAIM TO PREVENT UNLAWFUL IMPRISONMENT IN THE AMOUNT OF FIVE YEAR'S

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:

BOTH ATTORNEY'S FAILED TO PROPERLY RESEARCH EVIDENCE OF ENHANCEMENT'S THAT WILL HAVE A DRAMATIC RESULTS ON THE PETITIONER'S FUTURE.

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

PEOPLE V. POPE (1979) 23.C.63d 412; PEOPLE V. FASSELMAN 1983 33.C.3d 572. P.C #1 667.5 A.5+ PRACTICE & PROCEDURE act 35. 29.

Do you have an attorney for this petition? Yes ___ No X

If you do, give the name and address of your attorney:

PRO SE, NO ATTORNEY

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on APRIL 18. 2008      *Miguel Alfaro*
                Date                    Signature of Petitioner

(rev. 5/96)

9

Court of Appeal, First Appellate District, Div. 4 - No. A113167
S151117

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

THE PEOPLE, Plaintiff and Respondent,

v.

MIGUEL ANGEL ALFARO, Defendant and Appellant.

The petition for review is denied.

SUPREME COURT
FILED

APR 2 5 2007

Frederick K. Ohlrich Clerk

_____
DEPUTY

GEORGE

_____
Chief Justice

```
                    DONN GINOZA
                  Attorney at Law
              41 Sutter Street, #1622
            San Francisco, California 94104
                  Tel: 415.846.3578
```

May 3, 2007

Miguel A. Alfaro
F17175
Salinas Valley State Prison
P.O. Box 1050
Soledad, California  93960-1060

Re:  *People of the State of California v. Miguel A. Alfaro*
     Case No. A113167

Dear Mr. Alfaro:

Unfortunately, the Supreme Court did not agree to review the decision of the Court of Appeal.  A copy of the order is enclosed.

This will conclude my representation of you.  You may on your own petition the U.S. Supreme Court within 90 days after the petition is denied in the California Supreme Court.  Within one year after the 90 day period expires, you may raise your federal issues in a federal habeas petition.

Enclosed also are the court records in your case.

Sincerely,

DONN GINOZA
Attorney at Law

Encl.



```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611018451
Cashier ID: almaceh
Transaction Date: 04/23/2008
Payer Name: MIGUEL ALFARO
----------------------------------
WRIT OF HABEAS CORPUS
 For: MIGUEL ALFARO
 Case/Party: D-CAN-3-08-CV-002114-001
 Amount:     $5.00
----------------------------------
CHECK
 Check/Money Order Num: 257690715
 Amt Tendered: $5.00
----------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

SI


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```