1. MIGUEL A. ALFARO. Pro. Se.
2. SALINAS VALLEY STATE PRISON
3. FACILITY A-4 III-U
4. P.O. BOX 1050 SOLEDAD, CA, 93960-1050
5. F-17175

E-filing

UNITED STATE DISTRICT COURT.
NORTHERN DISTRICT OF CALIFORNIA. SI

MIGUEL A ALFARO           CV 08.    2114
   V.S                    MEMORANDUM OF
M.S. EVANS. WARDEN        POINTS AND AUTHORITIES

(PR)

INTRODUCTION. I

PETITIONER BRINGS CLAIMS TO THE COURT TO CONTEND. THE USE OF ENHANCEMENT. CALF. P.C. #667. A PETITIONER FULLY ACCEPTS THE CHARGES OF TERRORIST THREATS CALF P.C. #422. AND FIRST DEGREE BURGLARY CALIF. P.C. #460 A. CALIFORNIA PENAL CODE SECTION 667.5 A STATES IN. FULL. NO ENHANCEMENT SHALL BE IMPOSSED FOR ANY PRIOR SERVED 10 YEARS AGO OR MORE AND REMAINED FREE OF BOTH PRISON CUSTODY AND THE COMMISSION OF AN OFFENCE WHICH RESULTS IN A FELONY CONVICTION.

I

1  PARTIES II.

3  PETITIONER MIGUEL A ALFARO C.DC.F 17175
4  CURRENTLY HOUSED AT SALINAS VALLEY STATE PRISON.
5  FACILITY A 4 III U P.O BOX 1050
6  SOLEDAD CA 93960-1050.

8  M.S. EVANS WARDEN.    SALINAS VALLEY STATE PRISON
9  31625 HIGHWAY 101 P.O BOX 1020 SOLEDAD CA 93960

11  SENTENCING JUDGE. STEPHEN M. HALL SUPERIOR
12  COURT OF CALIFORNIA COUNTY OF SAN MATEO.

14  DISTRICT ATTORNEY. MORRIS MAYA SUPERIOR
15  COURT OF CALIFORNIA COUNTY OF SAN MATEO.
16  P
17  PRIVATE DEFENDER PROGRAM. STEVEN CHASE. 333
18  BRADFORD STREET REDWOOD CITY CA 94063.

20  APPELLANT ATTORNEY. DONN ESPINOZA 41 SUTTER
21  STREET. P.M.B. 1622, SAN FRANCISCO CA 94104.

23  STATEMENT OF FACTS III

25  ON MARCH 3. 2006 MIGUEL A ALFARO WAS SENTENCED TO
26  TEN YEARS AND FOUR MONTHS. BY STEPHEN M HALL JUDGE.
27  SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN MATEO.
28  CASE NO. SC059091. BASE TERM OF SENTENCING IS

II

1. FOUR YEARS. THE ADDITIONAL SIX YEARS AND FOUR
2. MONTHS ARE FOR ENHANCEMENTS.
3. PETITIONER FULLY ACCEPTS THE CONVICTION OF FIRST
4. DEGREE BURGLARY CALIF. P.C. 460.A ALONG WITH TERRORIST
5. THREATS. CALIF P.C. 422.
6. PETITIONERS DEFENDING COUNSEL. STEVEN CHASE. FAILED.
7. TO BRING TO THE COURTS ATTENTION. THAT THE USE OF.
8. CALIF. P.C. 667.A did NOT APPLY TO MIGUEL A ALFARO.
9. THIS IS THE FIRST OMISSION OF STEVEN CHASE. STEVEN
10. CHASE'S FAILING PERFORMANCE CONTINUED WITH FAILURE
11. TO BRING TO THE COURTS ATTENTION MIGUEL A ALFARO
12. PRIOR CONVICTION WAS FROM SEPTEMBER 1983. SEPTEMBER.
13. 1983. TO MARCH 3. 2006. IS A DIFFERENCE OF 19. YEARS
14. 6 MONTHS. MIGUEL A ALFARO'S LAST DATE OF PRISON.
15. CUSTODY WAS MAY 6. 1994. MIGUEL A ALFARO'S CURRENT.
16. CONVICTION DATE IS FEBURARY 2005. A TOTAL OF TEN
17. YEAR'S AND NINE MONTHS. FREE OF PRISON CUSTODY.
18. CALIFORNIA PENAL CODE SECTION 667.5 A STATES.
19. NO ADDITIONAL TERM SHALL BE IMPOSED UNDER THIS.
20. SUBDIVISION. FOR ANY PRISON TERM SERVED PRIOR TO A
21. PERIOD OF TEN YEARS IN WHICH THE DEFENDANT.
22. REMAINED FREE OF BOTH. PRISON CUSTODY AND THE
23. COMMISSION OF AN OFFENCE WHICH RESULTS IN A.
24. FELONY CONVICTION.
25. STEVEN CHASE. FAILED TO PERFORM. THE DEFENDANT
26. WOULD HAVE A MORE FAVORABLE. RESULT IN THE ABSENCE.
27. OF STEVEN CHASE.
28. ON AUGUST 15. 2006 MIGUEL A ALFARO. APPEALED.

III

1. This decision with the assistance of DONN ESPINOZA
2. APPELLANT ATTORNEY. This APPEAL TOOK PLACE AT
3. COURT OF APPEAL OF THE STATE OF CALIFORNIA FIRST
4. APPELLATE DISTRICT DIVISION FOUR. CASE # A113167.
5. Throughout THE PRECEDING OF THE APPEAL DONN ESPINOZA
6. APPELLANT ATTORNEY FAILED TO ACT IN A MANNER TO BE
7. EXPECTED OF A REASONABLY COMPETENT ATTORNEY. THE
8. EXACT FAILURE TO PERFORM IS DONN ESPINOZA WAS NOT
9. DILIGENT IN RESEARCH TO PROVIDE A MORE FAVORABLE RESULT
10. FOR THE APPELLANT. THIS RESEARCH INCLUDES THE USE OF ALL
11. MATERIALS AVAILABLE. SUCH MATERIALS ARE CALIFORNIA.
12. PENAL CODE ALONG WITH PRACTICE AND PROCEDURES 7TH Ed.
13. BOTH OF THESE BOOKS PROVIDE THE PROCEDURE FOR THE
14. USE OF "ENHANCEMENTS". BECAUSE OF PRIORS THE APPELLANT.
15. ATTORNEY NEVER BROUGHT BEFORE THE COURT OF APPEAL A
16. PROPER DEFENCE ALLOWING A MORE FAVORABLE RESULT FOR
17. MIGUEL A ALFARO THIS APPEAL WAS DENIED.
18. CALIFORNIA PENAL CODE Section 667.5. A ENHANCEMENT.
19. OF PRISON TERMS. FOR NEW OFFENSES, STATE NO ADDITIONAL
20. TERM SHALL BE IMPOSED IF PERSON REMAINED FREE OF BOTH.
21. PRISON CUSTODY AND ANY OFFENSE THAT RESULTED IN A.
22. "FELONY" CONVICTION FOR A PERIOD OF "TEN YEARS" PRACTICE
23. AND PROCEDURES. 7TH Ed. Section 35.19 STATES THE "TEN"
24. "YEAR" LIMITATION ON WHICH A PRIOR FELONY CAN BE USED.
25. BOTH DEFENDING ATTORNEYS FAILED TO BRING BEFORE
26. THE COURT THAT. MIGUEL A ALFARO. did NOT MEET THE
27. CRITERIA. UNDER WHICH HE WAS SENTENCED A ADDITIONAL
28. "FIVE YEAR" "ENHANCEMENT."

4.

1. DUE TO THE FACT A JUDGE CAN NOT GIVE LEGAL
2. ADVICE AND DUE TO THE FACT THE ATTORNEYS DID NOT
3. PRESENT CALIF P.C. SECTION 667.5A AND STRESS THE
4. "TEN YEAR" TIME "LIMITATION" ON PRIOR "ENHANCEMENTS."
5. MIGUEL A ALFARO IS SERVING A ADDITIONAL "FIVE YEARS"
6. IN STATE PRISON "UNLAWFULLY."

## CONTENTIONS IV

10. PETITIONER CONTENDS THE USE OF PRIOR "ENHANCEMENTS"
11. UNDER CALIF PENAL CODE SECTION 667. A PETITIONERS LAST
12. CONVICTION WAS SEPTEMBER 1983. A PERIOD OF 19 YEARS.
13. 6 MONTHS. PETITIONERS LAST DATE OF PRISON CUSTODY WAS
14. MAY 6. 1994. A PERIOD OF TWELVE YEARS FREE OF PRISON
15. CUSTODY.
16. CALIFORNIA PENAL CODE SECTION 667.5A STATES NO
17. ADDITIONAL TERM SHALL BE IMPOSED UNDER THIS SUBDIVISION
18. FOR ANY PRISON TERM SERVED PRIOR TO A PERIOD OF "TEN YEARS"
19. IN WHICH THE DEFENDANT REMAINED FREE OF BOTH PRISON
20. CUSTODY AND THE COMMISSION OF AN OFFENCE WHICH
21. RESULTS IN A FELONY CONVICTION. PRACTICE AND PROCEDURE
22. 7TH ED SECTION 35.19 STATES THE TEN YEAR LIMITATION ON
23. WHICH A PRIOR FELONY CAN BE USED. PRACTICE AND
24. PROCEDURE SECTION 35.29 DEFENDANT CAN CHALLENGE
25. BECAUSE OF THE "TEN YEARS" FREE OF CUSTODY AND
26. CONVICTIONS PETITIONER BRINGS CLAIM OF INEFFECTIVE
27. COUNSEL. PEOPLE V. POPE. 1979 23.C 3d 412 PEOPLE V.
28. FOSSEL 1983. 33 C 3d 572.

PRAYER FOR RELIEF V.

PETITIONER PRAYS TO THE COURT FOR RELIEF WITH THE REQUEST OF A REVERSEL OF A FIVE YEAR ENHANCEMENT SENTENCE IMPOSED BY JUDGE STEPHEN M. HALL SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN MATEO. CASE NO. SC059091.

MIGUEL A ALFARO

*Miguel Alfaro*

APRIL 18. 2008

6.

MIGUEL ALFARO F-17175
SALINAS VALLEY STATE PRISON
FACILITY A 4-111-U
P.O BOX 1050
SOLEDAD CA 93960 1050





NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO CALIFORNIA, 94102
NOT EUS



LEGAL MAIL ONLY