UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. ALFARO, | No. C 08-2114 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M. S. EVANS, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a new action after he exhausts state court remedies.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 29, 2008

_____
SUSAN ILLSTON
United States District Judge